E-FILED
Monday, 30 August, 2021  08:42:01 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| HELEN STINSON, and KEVIN RIPPER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AREA DISPOSAL SERVICE, INC., WIGAND DISPOSAL COMPANY, AREA RECYCLING, INC., COULTER COMPANIES, INC., and ADS MISSOURI, INC.,<br><br>Defendants. | Case No. 1:20-CV-01130-MMM<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) |

## JOINT MOTION FOR APPROVAL OF
## FLSA SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs Helen Stinson and Kevin Ripper individually and on behalf of all current Opt-In Plaintiffs ("Plaintiffs") and Defendants Area Disposal Service, Inc.; Wigand Disposal Company; Area Recycling, Inc.; Coulter Companies, Inc.; and ADS Missouri, Inc. (collectively "Defendants") (together the "Parties") file this Joint Motion for Approval of FLSA Settlement and Dismissal with Prejudice (the "Motion") seeking the Court's approval of the Settlement Agreement and Release, attached hereto as Exhibit 1, along with all exhibits thereto ("Settlement Agreement"). Approval of the proposed Settlement Agreement is further supported by the attached memorandum of Law. The Parties further state:

1. A *bona fide* dispute exists between Plaintiffs and Defendants.

2. The terms and conditions of the proposed settlement between Plaintiffs and Defendants, as defined and described in the Settlement Agreement, are fair, reasonable, and adequate.

3. That the method of allocating a settlement award to each Plaintiff and Opt-In Plaintiff is fair, reasonable, and adequate.

4. That the attorneys' fees and costs are fair, reasonable, and adequate.

5. The Parties agree to the relief requested herein.

Date: August 30, 2021                              Respectfully submitted,

                            **STEPHAN ZOURAS, LLP**

By:      */s/ Ryan F. Stephan*
        **Ryan F. Stephan**
        rstephan@stephanzouras.com
        **James B. Zouras**
        jzouras@stephanzouras.com
        **Anna M. Ceragioli**
        aceragioli@stephanzouras.cm
        100 N. Riverside Plaza, Suite 2150
        Chicago, Illinois 60606
        312.233.1550
        312.233.1560 *f*
        Firm ID: 43734

        **ANDERSON ALEXANDER, PLLC**

By:      */s/ Clif Alexander*
        **Clif Alexander** *(Admitted Pro Hac Vice)*
        Texas Bar No. 24064805
        clif@a2xlaw.com
        **Austin Anderson** *(Admitted Pro Hac Vice)*
        Texas Bar No. 24045189
        austin@a2xlaw.com
        819 N. Upper Broadway
        Corpus Christi, Texas 78401
        Telephone: (361) 452-1279
        Facsimile: (361) 452-1284

        ***Attorneys in Charge for Plaintiffs and Putative Class Members***

O'HAGAN MEYER LLC

By: /s/ Matthew E. Szwajkowski
Matthew E. Szwajkowski
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
mszwajkowski@ohaganmeyer.com

**ATTORNEY FOR DEFENDANTS AREA DISPOSAL SERVICE, INC., WIGAND DISPOSAL COMPANY, AREA RECYCLING, INC., COULTER COMPANIES, INC., and ADS MISSOURI, INC.**

CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Central District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Clif Alexander
Clif Alexander