Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Helen Stinson and Kevin Ripper,** *Individually and on behalf of all similarly situated,* <br><br> Plaintiffs, <br><br> vs. <br><br> **Peoria Disposal Company, Area Disposal Service, Inc., Wigand Disposal Company, Area Recycling, Inc., Area Landfills, Inc. Clinton Landfill, Inc., Hickory Ridge Landfill, Inc., Tazewell County Landfill, Inc., PDC Landfills, Inc., PDC Services, Inc., Coulter Companies, Inc., ADS Missouri Inc., Peoria Recycling and Transfer Facility, Inc., Washington Landfill, Inc., Peoria City/County Landfill, Inc.,** <br><br> Defendants. | Case Number: 20-1130 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Settlement Agreement [65] between Named Plaintiffs Helen Stinson and Kevin Ripper ("Named Plaintiffs") and the additional Sixty-Two (62) Opt-In Plaintiffs who joined this case and listed on Exhibit A to the Settlement Agreement and Release, on one hand, and Defendants Area Disposal Service, Inc.; Wigand Disposal Company; Area Recycling, Inc.; Coulter Companies, Inc.; and ADS Missouri, Inc. ("Defendants"), on the other, wherein the Named Plaintiffs and Opt-In Plaintiffs released all FLSA and state wage and hour claims against Defendants, is APPROVED. This case is dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants Peoria Disposal Company, Area Landfills, Inc., Clinton Landfill, Inc., Hickory Ridge Landfill, Inc., Tazewell County Landfill, Inc., PDC Landfills, Inc., Peoria Recycling and Transfer Facility, Inc., Washington Landfill, Inc., and Peoria City/County Landfill, Inc. were all dismissed from this case on 8/31/20 and Defendant PDC Services, Inc. was dismissed from this case on 9/15/20.

**Dated:**   10/7/21

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

MMM